```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 30894
   RAYMOND J COLLINS
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

      Debtor
   SSN XXX-XX-6409

---------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/13/08 .

   2.  The case was dismissed without confirmation, 01/08/2009.

---------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                             PAID          PAID
---------------------------------------------------------------------

      Summary of disbursements:
---------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED       OTHER         TOTAL
---------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00          .00           .00
PRINCIPAL PAID          .00         .00         .00          .00           .00
INTEREST PAID           .00         .00         .00          .00           .00
TOTAL PAID              .00         .00         .00          .00           .00
The Debtor's attorney, PRO SE DEBTOR                  , was allowed $     .00
and was paid $        .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $          .00 .




      Dated: 03/13/09            /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE
```

```
                           PAGE   2
    CASE NO. 08 B 30894 RAYMOND J COLLINS
```